# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SERGIO GONZALEZ-GUZMAN,

        Petitioner,

v.

JEFFREY A. UTTECHT,

        Respondents.

Case No. C15-1867-RSL-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On July 1, 2016, this Court issued an Order granting petitioner's motion to stay the instant action pending completion of petitioner's state court collateral proceedings. (Dkt. 23.) The parties were instructed therein that they are to advise the Court within 30 days after the conclusion of the state court proceedings whether the federal habeas action is ready to proceed. (*Id.*) For case administration purposes, petitioner is now directed to file a report within 30 days of the date of this Minute Order advising the Court of the status of the state court proceedings,

MINUTE ORDER - 1

and to file a similar status report every 180 days thereafter until the state court proceedings have concluded.

DATED this 23rd day of April, 2018.

WILLIAM McCOOL, Clerk

By s/ Sharita Tolliver
Deputy Clerk

MINUTE ORDER - 2